UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE EX PARTE APPLICATION OF THE REPUBLIC OF TÜRKIYE, Petitioner, for an Order pursuant to 27 U.S.C. § 1782 to Conduct Discovery for use in Foreign Proceedings | 25-mc-59 (JGK) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On February 10, 2025, petitioner The Republic of Türkiye filed a petition under 28 U.S.C. § 1782 for the issuance of document subpoenas to Citibank, N.A. and Bank of New York Mellon Corporation (collectively, the "Respondent Banks") for use in an ongoing criminal prosecution of Mustafa Özcan for money laundering and other charges under Turkish law. (*See* ECF 1) On February 14, 2025, the petition was assigned to the Honorable John G. Koeltl, who then referred the matter to me (ECF 4).

The Republic of Türkiye is directed to serve the Respondent Banks with the petition, all supporting papers, and a copy of this Order by **February 28, 2025** and to file proof of such service on the docket on the same day. The Respondent Banks' responses to The Republic of Türkiye's petition, if any, are due **May 14, 2025**. The Republic of Türkiye's reply, if any, is due **May 21, 2025**.

DATED: New York, New York
February 19, 2025

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge