```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
In re Application of                                             :
                                                                 :
THE REPUBLIC OF TÜRKIYE,                                         :
                                                                 :       25 Misc. 59 (JPC)
                                                                 :
Applicant for an Order pursuant to                               :
28 U.S.C. § 1782 to Conduct Discovery                            :       ORDER
for use in Foreign Proceedings                                   :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

      The Court's Order referring this case to the Honorable Robyn F. Tarnofsky, Dkt. 4, is hereby vacated.

      SO ORDERED.

Dated: May 6, 2025
       New York, New York

                                                             JOHN P. CRONAN
                                             United States District Judge