```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
In re Application of                                             :
                                                                 :
THE REPUBLIC OF TÜRKIYE,                                         :
                                                                 :         25 Misc. 59 (JPC)
Applicant for an Order pursuant to                               :
28 U.S.C. § 1782 to Conduct Discovery                            :         ORDER
for use in Foreign Proceedings                                   :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

As stated on the record during the conference held on May 7, 2025, the Court orders that this matter be stayed.

SO ORDERED.

Dated: June 11, 2025
      New York, New York

                                            JOHN P. CRONAN
                                       United States District Judge